IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Muhammad, Lonta A | Case Number: 08 B 24185 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 9/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 955.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 955.00 |
| Totals: | 955.00 | 955.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 2,205.43 | 0.00 |
| 6. | JP Morgan Chase Bank | Secured | 35,236.21 | 0.00 |
| 7. | Washington Mutual | Secured | 7,000.00 | 0.00 |
| 8. | Pentagon Federal Credit Union | Unsecured | 1,379.83 | 0.00 |
| 9. | Pentagon Federal Credit Union | Unsecured | 458.44 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 271.43 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 1,452.24 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 121.73 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 123.36 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 124.51 | 0.00 |
| 15. | American Express | Unsecured | 352.03 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 425.71 | 0.00 |
| 17. | Commonwealth Edison | Unsecured | 119.64 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 41.14 | 0.00 |
| 19. | American Express | Unsecured | 198.38 | 0.00 |
| 20. | American Express Centurion | Unsecured | 88.80 | 0.00 |
| 21. | Resurgent Capital Services | Unsecured | 419.92 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 110.64 | 0.00 |
| 23. | United States Dept Of Education | Unsecured | 68.09 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 137.09 | 0.00 |
| 25. | Peoples Energy Corp | Unsecured | 69.46 | 0.00 |
| 26. | Wilshire Credit Corp | Unsecured | 7,604.82 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Muhammad, Lonta A

Case Number:  08 B 24185
Judge:  Hollis, Pamela S

Printed: 03/24/09

Filed:  9/12/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Chase Manhattan Mortgage Corp | Secured | | No Claim Filed |
| 28. Accredited Home Lenders | Secured | | No Claim Filed |
| 29. Fremont Investment & Loan | Secured | | No Claim Filed |
| 30. Wilshire Credit Corp | Secured | | No Claim Filed |
| 31. Alliant Credit Union | Secured | | No Claim Filed |
| 32. Litton Loan Servicing | Secured | | No Claim Filed |
| 33. Alliant Credit Union | Unsecured | | No Claim Filed |
| 34. Capital One | Unsecured | | No Claim Filed |
| 35. American General Finance | Unsecured | | No Claim Filed |
| 36. Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 37. Chase | Unsecured | | No Claim Filed |
| 38. GEMB | Unsecured | | No Claim Filed |
| 39. Alliant Credit Union | Unsecured | | No Claim Filed |
| | | $ 58,008.90 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 0.00 |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

